# EXHIBIT 1

| Name | 2024-5 Title | Office | Description | Reference |
|---|---|---|---|---|
| Col. James Grady | Director of MSP | Office of the Director | Made hiring decisions based on race and close friendships and retaliated against those who attempted to fix it. | ¶ 19, 21, 23-27, 31-49, 52, 54-59, 63, 67, 70, 72, 94, 100 |
| Beyonka Swain-Mills | Senior Exec. Asst. Director, 16 | Office of the Director | Started unfounded rumors, including that Plaintiff was suing in 2023. | ¶ 20, 32, 36-8, 41, 43, 46, 94, |
| Lt. Col. Aimee Brimacombe | Chief Deputy Director | Office of the Director | Second in command to Col. Grady and sat at the helm of many deliberate miscommunications involving Plaintiff. | ¶ 24, 33, 38, 58, 62-4, 77-8 |
| Maj. Chris Hawkins | Chief of Staff | Office of the Director | Was part of many conversations with Plaintiff where she raised concerns. | ¶ 15, 61-3, 67 |
| Lt. Col. Ryan Pennell | Senior Deputy Director, 20 | State Services Bureau | Involved in conversations were Col. Grady stated that he was hand-picking applicants and expressed his desire to hire his close friends. | ¶ 23 |
| Lt. Col. Michael Krumm | Senior Deputy Director, 20 | Professional Development Bureau | Privy to many conversations were Col. Brady expressed his desire to make questionable hires, as well as many with Plaintiff where she raised concerns. | ¶ 21, 23, 25, 28-9, 50-1, 53, 60, 66, 90, 95-8, 100-1, 105 |
| Dr. Juli Liebler | Assistant Deputy Director, 19 | Professional Development Bureau (PDB) | Plaintiff's supervisor. Was a part of many conversations where Plaintiff expressed her concerns. | ¶ 11, 16, 20, 32, 38, 48, 52-3, 57, 59-60, 63, 72, 84, 87, 90, |
| Cpt. Kenneth Dilg | Senior Policy Exec., 18 | PDB: Organizational Development Division | Formerly Plaintiff's supervisor. Was a part of many conversations where Plaintiff expressed concerns. | ¶ 48-9, 65, 67, 88, |
| Cpt. Timothy Olson | Senior Policy Exec., 18 | PDB: Training Division | Was hired over Plaintiff as the result of Col. Grady wanting to tee up future hires based on race and personal relationships. | ¶ 21-3, 25-6, 32, 34 |
| Cpt. Darren Green | Senior Policy Exec., 18 | Field Services Bureau | Another victim of Col. Grady's questionable hiring practices. | ¶ 21, 24 |
| Cpt. Keyonn Whitfield | State Bureau Admin., 18 | Field Services Bureau, Commercial Vehicle Enforcement Division | Close friends with Col. Grady and was hand-picked by him to be in his current position after others were moved around to open that position up for him. | ¶ 57-8 |