# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

SARAH KREBS,

|                | Plaintiff, |  | Case No. 2:25-cv-13238 |
|---|---|---|---|

Hon. Terrence G. Berg

v.

MICHIGAN STATE POLICE,
COLONEL JAMES GRADY,
in his Individual and professional capacity,

Defendants.

_____

MICHAEL D. WEAVER (P43985)
TODD F. FLOOD (P58555)
FLOOD LAW, PLLC
*Attorneys for Plaintiff*
155 W. Congress St., Ste. 350
Detroit, MI 48226
PH: (248) 547-1032
FX: (248) 547-0140
Mweaver@floodlaw.com
tflood@floodlaw.com

_____

## **APPEARANCE**

TO:        Clerk of the Court

PLEASE ENTER the appearance of Michael D. Weaver from the office of Flood Law, PLLC in the above-captioned matter on behalf of Plaintiff, SARAH KREBS.

FLOOD LAW

BY: /s/Michael D. Weaver _____

MICHAEL D. WEAVER (P43985)
Attorney for Plaintiff
Flood Law, PLLC
155 West Congress Street, Suite 350
Detroit, MI 48226
(313)546-0359
mweaver@floodlaw.com

Date: October 15, 2025

## **PROOF OF SERVICE**

I hereby certify that on October 15, 2025, a copy of Appearance of Counsel was electronically filed and the attorney(ies) of record received notice via the court's ECF system.

BY:   /s/ Michael D. Weaver _____
        MICHAEL D. WEAVER (P43985)
        Attorney for Plaintiff
        Flood Law, PLLC
        155 West Congress Street, Suite 350
        Detroit, MI 48226
        (313)546-0359
        mweaver@floodlaw.com